RECEIVED IN
The Court of Appeals
Sixth District

AUG 2 4 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

AUG 2 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

SIXTH COURT OF APPEALS
100 N. STATE LINE STE 20
TEXARKANA, TX. 75501

REYES DAVID GARCIA
APPELLANT,
V.
THE STATE OF TEXAS
APPELLEE.

C.O.A. # 06-14-00228

TRIAL COURT # F-13-61746

AUGUST 15, 2015

"NOTICE TO TERMINATE APPOINTED COUNSEL & PROCEED W/ RETAINED COUNSEL TO PERFECT APPEAL."

TO THE HONORABLE JUSTICE(S) OF SAID COURT:

COMES NOW, REYES DAVID GARCIA, APPELLANT, & BRINGS NOTICE TO TERMINATE APPOINTED COUNSEL KATHLEAN WALSH SBN# 20802200 & PROCEED WITH RETAINED COUNSEL, ROSALIND A. KELLY SBN# 11237580 TO PERFECT APPEAL & IN SUPPORT THEREOF SHOWS THE FOLLOWING:

1). DALLAS COUNTY PUBLIC DEFENDERS OFFICE, KATHLEAN WALSH SBN 20802200, 133 N. RIVERFRONT BLVD 9TH FLOOR DALLAS, TX. 75207 PHONE # 214-653-3550 FAX. 214-653-3539. HAS NOT SPOKE TO APPELLANT CONCERNING THE APPELLATE BRIEF THAT SHE FILED ON OR ABOUT MAY 12, 2015. APPELLANT HAS NOT REQUESTED THE COURT TO APPOINT COUNSEL IN THIS MATTER & APPELLANT IS NOT SATISFIED WITH THE APPELLATE BRIEF NOR THE GROUNDS FOR REVIEW, SUBMITTED BY KATHLEAN WALSH.

2). KATHLEAN WALSH HAS NOT PRESENTED ALL OF APPELLANT'S GROUNDS FOR REVIEW & IS HEREBY TERMINATED AS APPELLATE COUNSEL EFFECTIVE IMMEDIATELY. MS. WALSH'S BRIEF SHOULD BE WITHDRAWN & BE WITHDRAWN FROM THE CAUSE NUMBER AT BAR.

3). APPELLANT HAS RETAINED COUNSEL ROSALIND A. KELLY SBN.11237580 8500 N. STEMMONS FWY DALLAS, TX. 75247 PHONE 214-951-8110 & HAS GIVEN MS. KELLY PERMISSION TO PROCEED IN PERFECTING THE APPEAL IN THE CAUSE NUMBER AT BAR.

4). IN THE INTEREST OF JUSTICE THE COURT SHOULD ORDER KATHLEAN WALSH S.BN. 20802200 TO WITHDRAW FROM THE CASE. WITHDRAW HER BRIEF & REFRAIN FROM FILING & SUBMITTING DOCUMENTS & OR BRIEFS, ORAL ARGUMENT'S ECT.

5). THERE ARE SOME SERIOUS ISSUES INVOLVING THE JURY BEING CHANGED AFTER TRIAL & SOME AUDIO RECORDINGS TO BE REVIEWED. ROSALIND A. KELLY WILL BE PRESENTING THESE ISSUES TO THIS HONORABLE COURT OF APPEALS.

WHEREFORE PREMISES CONSIDERED, APPELLANT PRAYS THAT THIS HONORABLE COURT ENFORCE THIS NOTICE TO TERMINATE APPOINTED COUNSEL & PROCEED WITH RETAINED COUNSEL TO PERFECT APPEAL, & GRANT ALL RELIEF REQUESTED ON THE FACE OF THIS PLEADING.

RESPECTFULLY SUBMITTED,

Reyes David Garcia

REYES DAVID GARCIA APPELLANT,
TDC #1989364 NS UNIT 1536 I-10 EAST
FORT STOCKTON, TX. 79735

NO: 06-14-00228

E-13-61746

AUGUST 15, 2015

"CERTIFICATE OF SERVICE"

I, REYES DAVID GARCIA, APPELLANT, HEREBY CERTIFIES THAT THE FOREGOING DOCUMENT IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE & WAS MAILED VIA U.S. MAIL TO ALL PARTIES CONCERNED, SIXTH COURT OF APPEALS 100 N. STATELINE STE 20 TEXARKANA, TX. 75501. KATHLEAN WALSH SBN 20802200 DALLAS COUNTY PUBLIC DEFENDER OFFICE. 133 N. RIVERFRONT BLVD. 9TH FLOOR. DALLAS, TX. 75207 PHONE 214-653-3550 FAX. 214-653-3539; ROSALIND A. KELLY SBN 11237580 3500 N. STEMMONS FRWY DALLAS, TX. 75247 PHONE 214-951-8110 -OFFICE.

RESPECTFULLY SUBMITTED,

*Reyes David Garcia*

REYES DAVID GARCIA 1988364

NS UNIT 1536 I-10 EAST

FORT STOCKTON, TX. 79735

NO. 06-14-00228
F-13-61746

DEAR KATHLEAN WALSH:

THIS LETTER IS TO INFORM YOU THAT I, REYES DAVID GARCIA, AM DISSATISFIED WITH YOUR WORK ON MY CASE & I AM FORMALLY RELIEVING YOU OF YOUR DUTIES, EFFECTIVE IMMEDIATELY.

I HAVE ALSO INFORMED THE COURT OF APPEALS OF THIS MATTER AS WELL. YOU HAVE FAILED TO LIST THE MAJOR GROUNDS OF ERROR, I.E. AUDIO RECORDINGS & THE CHANGE OF JURIES AFTER TRIAL. HOWEVER, I AM REQUESTING THAT YOU WITHDRAW FROM MY CASE & WITHDRAW YOUR INADEQUATE APPELLATE BRIEF.

I HAVE A RETAINED ATTORNEY, ROSALIND A. KELLY S.B.N. 11237580 8500 N. STEMMONS FRWY DALLAS, TX. 75247 PHONE 214-951-8110.

PLEASE COOPERATE WITH MS. KELLY IN THIS MATTER & TAKE INTO CONSIDERATION THAT ROSALIND A. KELLY IS RETAINED, MEANING THAT SHE IS MY APPELLATE COUNSEL.

THANK YOU FOR YOUR PROMPT COOPERATION WITH REGARD TO THIS MATTER.

RESPECTFULLY SUBMITTED,

Reyes David Garcia

REYES DAVID GARCIA, APPELLANT
TDC# 1988364 NS UNIT
1536 I-10 EAST FORT STOCKTON, TX. 79735